Pileggi, et al. *v.* Bender, Appellant.

Bender, Appellant, *v.* Pileggi, et al.

Before ROSENWALD, J.

Argued December 16, 1975. *James M. Marsh,* with him *Edward R. Paul,* and *LaBrum and Doak,* for appellant at Nos. 1649 and 1721; No appearance entered nor brief submitted for appellant at No. 1873; *John V. Hasson,* with him *Timoney, Knox, Avrigian & Hasson,* for appellees at Nos. 1649 and 1721; No appearance entered nor brief submitted for appellee at No. 1873.

Order and judgment affirmed in Nos. 1649 and 1721. Judgment affirmed in No. 1873.

Russell, et al., Appellants, *v.* American Stores Company.

Before SMILLIE, J.

Argued December 12, 1975. *Clarke F. Hess,* with him *John C. Butera,* and *Butera & Detwiler,* for appellants; *Anthony B. Agnew, Jr.,* with him *Lawrence F. Flick,* and *Gilfillan, Gilpin & Brehman,* for appellee.

Judgment affirmed.

Slomowitz *v.* Cresko et ux., Appellants.

Before BROMINSKI, J.

Argued December 10, 1975. *Joseph J. Musto,* with him *Griffith, Aponick & Musto,* for appellants; *Harry Hiscox,* with him *Rosenn, Jenkins & Greenwald,* for appellee.

Judgment affirmed.

WATKINS, P. J., absent.